IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ROSALINE D. FLOWERS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:08cv487-MEF |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

**OPINION and ORDER**

On January 26, 2009, the defendant filed a motion to remand for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g). *See* Doc. # 16. The plaintiff does not object to a remand. Accordingly, it is

ORDERED that the defendant's motion to remand (doc. # 16) be and is hereby GRANTED. It is further

ORDERED AND ADJUDGED that the decision of the Commissioner be and is hereby REVERSED and this case be and is hereby REMANDED to the Commissioner for further proceedings.

Done this the 29th day of January, 2009.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE